UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MURRAY GRAVELINE,

    Plaintiff,

v.                                       CASE NO. 8:16-cv-20-T-23AAS

R.J. REYNOLDS TOBACCO
COMPANY, et al.,

    Defendants.
_____/

## ORDER

An order (Doc. 15) referred for report and recommendation the plaintiff's motion (Doc. 13) to remand this action to the Circuit Court for Hillsborough County. The magistrate judge recommends (Doc. 17) granting the motion to remand. The defendants object (Doc. 18) to the report and recommendation. After a *de novo* review and in accord with the rulings of my colleagues in the related cases, the report and recommendation (Doc. 17) is **ADOPTED**, and the defendants' objection (Doc. 18) is **OVERRULED**. The plaintiff's motion (Doc. 13) to remand is **GRANTED**. The clerk is directed to remand this action to the Circuit Court for Hillsborough County and to close the case.

ORDERED in Tampa, Florida, on June 28, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE